IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
MAY 0 7 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAYMOND WHITE,<br>  Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-97-256 |
| | § | |
| E.M. TROMINSKI,<br>INS DISTRICT DIRECTOR,<br>  Respondent. | §<br>§<br>§ | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of March 18, 1999 should be **ADOPTED**.

IT IS FURTHER **ORDERED** that Raymond White's Application for Writ of Habeas Corpus be **GRANTED** and that this case be **REMANDED** to the Board of Immigration Appeals to consider White's application for relief under former Immigration and Nationality Act § 212 (c).

DONE in Brownsville, Texas, on this ___ day of _____ 1999.

_____
Hilda G. Tagle
United States District Judge