13

99-40919

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

RAYMOND WHITE,  CAB-97-256

Petitioner-Appellee,

v.

E.M. TROMINSKI, District Director,
U.S. IMMIGRATION AND NATURALIZATION SERVICE,
JOHN ASHCROFT, U.S. Attorney General, et al.,

Respondents-Appellants.[1]

U.S. COURT OF APPEALS
FILED
SEP 1 9 2001
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
SEP 2 4 2001
Michael N. Milby
Clerk of Court

RESPONDENTS-APPELLANT's MOTION TO WITHDRAW APPEAL

Respondents-Appellants hereby moves to withdraw its appeal in the above-referenced case in light of the Attorney General's promulgation of a final rule which renders the Government's appeal moot. See Section 212(c) Relief For Certain Aliens In Deportation Proceedings Before April 24, 1996, 66 Fed. Reg. 6436-01, 2001 WL 47410 (Jan. 22, 2001). In support of its motion, respondent/appellant states the following:

1. On November 13, 1997, petitioner/appellee filed a petition for writ of habeas corpus in the district court for the Southern District of Texas.

2. On March 19, 1999, in a report and recommendation, a

---

[1] Pursuant to Federal Rule of Appellate Procedure 43(c), the Respondent/Appellant moves to substitute Mr. Ashcroft as the successor to Ms. Reno.

magistrate judge recommended that the petition for writ of habeas corpus be granted and the case remanded to the BIA for a hearing on the merits of petitioner's section 212(c) application. The magistrate judge found that the district court had jurisdiction under 28 U.S.C. § 2241 to consider petitioner's habeas petition, and that the application of AEDPA § 440(d) to pre-AEDPA applications for § 212(c) relief was impermissibly retroactive. By an Order dated May 7, 1999, the district court adopted the magistrate judge's report and recommendation without modification.

3. On June 6, 1999, respondent/appellant filed a notice of appeal with the Fifth Circuit Court of Appeals.

4. On January 22, 2001, the proposed regulation prohibiting the retroactive application of AEDPA § 440(d) to pre-ADEPD applications for § 212(c) relief was published as a final rule. See 66 Fed. Reg. 6436-01, 2001 WL 47410 (Jan. 22, 2001).

5. Under the final rule, the Attorney General will not apply Section 440(d) of the Antiterrorism and Effective Death Penalty Act ("AEDPA"), Pub. L. No. 104-132, 110 Stat. 1214 (April 24, 1996), in the cases of aliens whose deportation proceedings commenced before the enactment of AEDPA, i.e., April 24, 1996.

6. In the above-referenced Government appeal, the alien was placed in deportation proceedings prior to the

2

enactment of AEDPA, and was found ineligible for Section 212(c) solely on the basis of AEDPA § 440(d).

7. Accordingly, the Government's appeal in this case is moot because, under the Attorney General's new rule, aliens, like petitioner/appellee, may move to reopen their deportation proceedings within 180 days of the effective date of the rule to apply for Section 212(c) relief.

8. Respondents-Appellants now request that this Court withdraw the above-referenced appeal under Rule 42(b) of the Federal Rules of Appellate Procedure in light of the recently promulgated regulation.

## CONCLUSION

For the foregoing reasons, respondent/appellant moves for the withdrawal of its appeal.

>Respectfully Submitted,
>
>ROBERT D. McCALLUM, Jr.
>Assistant Attorney General
>Civil Division
>
>RICHARD M. EVANS
>Assistant Director
>
>*/s/ John L. Davis*
>JOHN L. DAVIS
>Attorney
>Office of Immigration Litigation
>Civil Division
>United States Department of Justice
>P.O. Box 878, Ben Franklin Station
>Washington, D.C. 20044
>(202) 514-3715
>Attorneys for Respondent

Dated September 18, 2001

## CERTIFICATE OF SERVICE

I certify that on this 18th day of September, 2001, I caused one copy of the foregoing "Respondents-Appellants' Motion to Dismiss Appeal" to be sent to counsel for Petitioner by placing it in an envelope, which was subsequently sealed and forwarded to a mail room of the United States Department of Justice for the addition of the correct amount of first class postage and same-day delivery to a United States Post Office in Washington, D.C.

Lisa S. Brodyaga
17891 Landrum Park Rd.
San Benito, TX 78586

*/s/ John L. Davis*
JOHN L. DAVIS
Attorney
Office of Immigration Litigation
Civil Division, U.S.
Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-3715

Attorney for Respondents-Appellants