```
       -----------------
         No. 99-40919
       -----------------
```

RAYMOND WHITE

        Petitioner - Appellee

v.

E M TROMINSKI, Etc; ET AL

        Respondents

E M TROMINSKI, INS District Director

        Respondent - Appellant

*United States District Court*
*Southern District of Texas*
*FILED*
**SEP 2 4 2001**
*Michael N. Milby*
*Clerk of Court*

CAB-97-256

### ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 20th day of September, 2001, see FED. R. APP. P. 42(b).

        CHARLES R. FULBRUGE III
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        By: _____
            Peter Conners, Deputy Clerk

        FOR THE COURT - BY DIRECTION

DIS-4

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____ Deputy   SEP 20 2001
New Orleans, Louisiana